IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAMES HAROLD GRIFFITH, | ) |
| Petitioner, | ) |
| v. | ) CASE NO. 3:11-CV-1084-WKW |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## **FINAL JUDGMENT**

In accordance with the Order entered today, it is the ORDER, JUDGMENT, and DECREE of the court that Petitioner James Harold Griffith's 28 U.S.C. § 2255 motion is GRANTED as to his claim of ineffective assistance of counsel during the sentencing proceeding. Accordingly, the sentence entered in *United States v. Griffith*, No. 3:09-CR-96 (M.D. Ala. Jan. 20, 2010), is VACATED as to Counts 1, 3, 4, 5, and 6.

It is further ORDERED that no costs are taxed.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Federal Rule of Civil Procedure 58

DONE this 21st day of March, 2018.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE